No. 19-70014

In the United States Court of Appeals
For the Fifth Circuit

**JAMES GARFIELD BROADNAX,**
*Petitioner - Appellant,*

**v.**

**LORIE DAVIS, Director, Texas Department of Criminal Justice,
Correctional Institutions Division,**
*Respondent - Appellee.*

**On Appeal from the United States District Court
for the Northern District of Texas, Dallas Division
USDC No. 3:15-cv-01758-N**

MOTION FOR CERTIFICATE OF APPEALABILITY

**PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP**
STEVEN C. HERZOG
KIMBERLY A. FRANCIS
JORDANA L. HAVIV
AMEYA S. ANANTH
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019
(212) 373-3000

**BURLESON, PATE & GIBSON, L.L.P**
Camille M. Knight
900 Jackson Street, Suite 330
Dallas, TX 75202
(214) 871-4900

TO THE HONORABLE JUDGES OF THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT:

COMES NOW, JAMES GARFIELD BROADNAX, Petitioner-Appellant in the above entitled cause, and, pursuant to 28 U.S.C. § 2253(c), files this Motion for Certificate of Appealability ("COA"), and would show as follows:

1.     On August 21, 2019, Mr. Broadnax filed a notice of appeal from the District Court's denial of Mr. Broadnax's petition for habeas corpus relief and request for discovery and other relief; the District Court entered its order on July 23, 2019; on the same date, the District Court declined to issue a COA.  (ROA.1103–1249.)

2.     Mr. Broadnax appeals the District Court's ruling on his petition for habeas corpus relief and request for discovery and other relief and requests that this Court issue a COA regarding his petition because reasonable jurists could debate the district court's conclusions.

Respectfully submitted,

*/s/ Steven C. Herzog*
Steven C. Herzog
Kimberly A. Francis
Jordana L. Haviv
Ameya S. Ananth
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
*1285 Avenue of the Americas*
*New York, NY 10019*
*(212) 373-3000*

Camille M. Knight
BURLESON, PATE & GIBSON, LLP
*900 Jackson Street, Suite 330*
*Dallas, TX 75202*
*(214) 871-4900*

*Attorneys for Petitioner-Appellant*
*James Broadnax*

## CERTIFICATE OF SERVICE

I, Camille M. Knight, a member of the Bar of this Court and counsel for petitioner James Broadnax, certify that, on November 20, 2019, a copy of the attached Motion for Certificate of Appealability was filed with the Clerk through the Court's electronic filing system, thereby providing service on counsel of record.

*/s/ Camille M. Knight*
CAMILLE M. KNIGHT

**CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATION, TYPEFACE REQUIREMENTS, AND TYPE STYLE REQUIREMENTS**

I, Camille M. Knight, a member of the Bar of this Court and counsel for petitioner James Broadnax, certify pursuant to Federal Rule of Appellate Procedure 32(a)(7)(B) and Fifth Circuit Rule 32.3, that the attached Motion for Certificate of Appealability is proportionately spaced, has a typeface of 14 points or more, and contains 131 words, not including those sections that are excluded under those rules.

/s/ Camille M. Knight
CAMILLE M. KNIGHT

NOVEMBER 20, 2019