# United States Court of Appeals for the Fifth Circuit

———————

No. 19-70014

———————

JAMES GARFIELD BROADNAX,

*Petitioner—Appellant*,

*versus*

BOBBY LUMPKIN, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION,

*Respondent—Appellee*.

———————————————————————

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:15-CV-1758

———————————————————————

ON PETITION FOR REHEARING

Before JONES, HIGGINSON, and OLDHAM, *Circuit Judges*.

PER CURIAM:

IT IS ORDERED that the petition for rehearing is DENIED.

EDITH H. JONES
*United States Circuit Judge*