# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

March 23, 2021

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 19-70014     Broadnax v. Lumpkin
               USDC No. 3:15-CV-1758

Enclosed is an order entered in this case.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    By: _____
                    Monica R. Washington, Deputy Clerk
                    504-310-7705

Ms. Ameya Sita Ananth
Ms. Kimberly Francis
Mr. Matthew Hamilton Frederick
Mr. Garrett M. Greene
Mr. Steven C. Herzog
Mr. Stephen M. Hoffman
Ms. Camille M. Knight
Mr. Edward Larry Marshall